**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00189-CR

### JESSIE EUGENE MANCILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 061993

## ORDER

The Court **REINSTATES** the appeal.

On June 20, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 2, 2013, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 20, 2013 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     CAROLYN WRIGHT
       CHIEF JUSTICE